DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LORENZO MARTINEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-042 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| LORENZO MARTINEZ-PEREZ | |
| Defendant. | Date: March 27, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO MARTINEZ-PEREZ, that the above matter be dropped from this court's calendar for March 27, 2012, at the request of the defense and be continued until April 10, 2012, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office and a just-received proposed plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from March 27, 2012, through April 10, 2012, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: March 21, 2012　　　　　　　　Benjamin B. Wagner
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/S/ Michele Beckwith
　　　　　　　　　　　　　　　　　　By:　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Date: March 21, 2012　　　　　　　　/S/ Jeffrey L. Staniels
　　　　　　　　　　　　　　　　　　JEFFREY L. STANIELS
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　LORENZO MARTINEZ-PEREZ

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 27, 2012, and is ordered to be re-calendared for April 10, 2012, at 9:15 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 27, 2012, through April 10, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　By the Court,

Date: March 22, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT