| | |
|---|---|
| 1 | DANIEL J. BRODERICK Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | LORENZO MARTINEZ-PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-042 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE AND EXCLUDING TIME |
| v. | ) | |
| | ) | Date: May 1, 2012 |
| LORENZO MARTINEZ-PEREZ | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO MARTINEZ-PEREZ, that the above matter be dropped from this court's calendar for May 1, 2012, at the request of the defense and be continued until May 22, 2012, for status conference. This continuance is requested in order to permit receipt and consideration of a pre-plea presentence report from the Probation Office (which is expected to be received on April 30, 2012) in connection with an already received plea agreement from the government.

**IT IS FURTHER STIPULATED** that the time from May 1, 2012, through May 22, 2012, be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4.

The court is requested to find that granting the continuance serves the interests of justice and outweighs the interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Date: April 30, 2012                         Benjamin B. Wagner
                                             United States Attorney


                                             /S/ Michele Beckwith
                                             By:  MICHELE BECKWITH
                                             Assistant United States Attorney
                                             Counsel for Plaintiff

Date: April 30, 2012                         /S/ Jeffrey L. Staniels
                                             JEFFREY L. STANIELS
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             LORENZO MARTINEZ-PEREZ


**O R D E R**


Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for May 1, 2012, and is ordered to be re-calendared for May 22, 2012, at 9:15 a.m.  Time is excluded from computation of time within which the trial of this matter must be commenced from May 1, 2012, through May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court finds that granting the continuance serves the interests of justice and outweighs the interests of the public and the defendant in a speedy trial.

1 **IT IS SO ORDERED.**

By the Court,

Date: April 30, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip & Order Continuing Case
and Excluding Time                3