1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  LORENZO MARTINEZ-PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        ) No. 2:12-cr-042 LKK
12                                   )
                  Plaintiff,         ) STIPULATION AND ORDER **ADVANCING
13                                   ) CASE** AND CALENDARING FOR CHANGE
        v.                           ) OF PLEA AND SENTENCING
14                                   )
   LORENZO MARTINEZ-PEREZ            ) Date:  May 22, 2012
15                                   ) Time:  9:15 a.m.
                  Defendant.         ) Judge: Hon. Lawrence K. Karlton
16                                   )
                                     )
17  _____

18

19          **IT IS HEREBY STIPULATED** by and between Assistant United

20  States Attorney Michele Beckwith, counsel for plaintiff, and Assistant

21  Federal Defender Jeffrey L. Staniels, counsel for defendant LORENZO

22  MARTINEZ-PEREZ, that the above matter be dropped from this court's

23  calendar for May 22, 2012, and, at the request of the defense, be

24  **advanced** to May 8, 2012, for change of plea and sentencing.

25      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

26  Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* has previously been excluded

27  until May 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and

28  Local Code T-4.  Therefore, no action is required in connection with

1   this request.

2               **IT IS SO STIPULATED.**

3

  Date: May 3, 2012                   Benjamin B. Wagner
4                                   United States Attorney

5
                                  /S/ Michele Beckwith
6                                   By:  MICHELE BECKWITH
                                  Assistant United States Attorney
7                                   Counsel for Plaintiff

8
  Date: May 3, 2012                   /S/ Jeffrey L. Staniels
9                                   JEFFREY L. STANIELS
                                  Assistant Federal Defender
10                                   Attorney for Defendant
                                  LORENZO MARTINEZ-PEREZ

11

12

13                       **O R D E R**

14

15         Based on the above stipulation of the parties, this matter is

16   ordered to be dropped from the calendar for May 22, 2012, and is

17   ordered to be **advanced and** re-calendared for May 8, 2012, at 9:15 a.m.

         **IT IS SO ORDERED.**

18                               By the Court,

19

20   Date: 5/4/2012

21                                 LAWRENCE K. KARLTON
22                                 SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

23

24

25

26

27

28